IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
AMANDA SAUNDERS,              )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )         1:20cv468-MHT
                              )             (WO)
KILOLO KIJAKAZI, Acting       )
Commissioner of Social        )
Security,                     )
                              )
    Defendant.                )
```

OPINION

Plaintiff filed this lawsuit seeking review of the denial of her applications for Supplemental Security Income and Social Security Disability Insurance benefits.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to prosecute and to comply with court orders.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of April, 2022.

                                       /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**